# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1811 | **DATE** | 6/5/2008 |
| **CASE TITLE** | TRUSTEES OF THE CHGO CARPENTERS PENSION FUND vs. LJL INSTALLATIONS, INC. | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TP