IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )
APPRENTICE & TRAINEE PROGRAM FUND )
)                    CASE NO. 08-CV-1811
           Plaintiffs, )
)                    JUDGE NORDBERG
v. )
)
LJL INSTALLATIONS, INC. )
)
           Defendant. )

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

IT IS HEREBY ORDERED:

1.    This case is dismissed without prejudice.

2.    That Defendant shall pay to the Plaintiffs $15,535.15 on or before August 15, 2008. If the Defendant defaults on the payments or fails to remain current in its monthly reporting obligations to the Trust Funds, the Plaintiffs shall have the right to reinstate this case on or before September 31, 2008 for the sole purpose of entering judgment on the balance of the unpaid amount.

3.    In the event a motion to reinstate is not filed on or before September 31, 2008 the case shall be deemed dismissed with prejudice without further order of the Court.

4.    Each party shall bear its own attorney's fees and costs.

ENTERED John A. Nordberg

JOHN A. NORDBERG
UNITED STATES DISTRICT JUDGE

DATED: June 5, 2008